LAURA H. LELO, Respondent, *v.* MORARD REALTY COR-
PORATION et al., Appellants.

*Negligence — nuisance — streets — injury of pedestrian from collapse
of sidewalk into drainage cesspool illegally constructed and maintained
thereunder.*

Lelo v. *Morard Realty Corp.*, 218 App. Div. 841, affirmed.
(Submitted May 6, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered December 10, 1926, unanimously
affirming a judgment in favor of plaintiff entered upon a
verdict in an action to recover for personal injuries
alleged to have been sustained by plaintiff through the
negligence of defendants. While plaintiff was walking
southerly along the west side of East Fourteenth street
in the borough of Brooklyn the sidewalk collapsed beneath
her and she received the injuries complained of. It was
alleged that the accident was caused by the defective
condition of a house drainage cesspool illegally constructed
under the sidewalk by defendant Morard Realty Corpora-
tion and there maintained by defendant Selpro Realty
Corporation, the present owner of the adjoining property.

*Andrew F. Van Thun, Jr.,* and *Robert H. Woody* for
Morard Realty Corporation, appellant.

*Barnett Cohen, William E. Lyons* and *Frank J. O'Neill*
for Selpro Realty Corporation, appellant.

*George W. Matheson, George C. Wildermuth* and *Beatrix
Kimmelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, KELLOGG and
O'BRIEN, JJ.; CARDOZO, Ch. J., and LEHMAN, J., vote to
affirm as to defendant Morard Realty Corporation and
for reversal and new trial as to defendant Selpro Realty
Corporation.